UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAYED KHALIL, WAYNE WALKER,
MOHAMED ELMAHDY, and BRIAN
LAHOFF, on behalf of themselves and
all others similarly situated,                          :      **CONSENT TO SUE**
                                                        :
                                  Plaintiffs,           :
                                                        :      07 Civ. 695 (RJH) (THK)
         -against-                                      :
                                                        :      ECF CASE
THE ORIGINAL HOMESTEAD RESTAURANT,                      :
INC., d/b/a OLD HOMESTEAD, GREGORY                      :
SHERRY, MARC SHERRY, and LUIS ACOSTA,                   :
                                                        :
                                  Defendants.           :
------------------------------------------------------------X

I have read the Notice of Lawsuit and hereby consent to be a plaintiff in the case of *Sayed Khalil, et al., v. The Original Homestead Restaurant, Inc. d/b/a Old Homestead, Gregory Sherry, Marc Sherry, and Luis Acosta*, 07 Civ. 695 (RJH) (THK). I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 10 - 26 , 2007

Signature: *[signature]*

Name: Eric Liberatos

Address: 32 24 43 st
         Astoria Queens N.Y 11103

Telephone: (917) 470 4917

3